JS-6

o

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| VICTOR GASTELUM, | ) | ED CV NO. 21-1194-JGB(E) |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| THERESA CISNEROS, Warden, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

Pursuant to the Order Accepting Findings, Conclusions and

Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and

dismissed with prejudice.

DATED: June 3, 2022.

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE